United States District Court
Southern District of Texas
**ENTERED**
May 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| REACTOR SERVICES INTERNATIONAL, INC. § § § § Plaintiff. § § VS. § § UNITED REFINING COMPANY § § Defendant. § § § | CIVIL ACTION NO. 3:18–CV–00210 |

### FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate's Memorandum and Recommendation, it is **ORDERED** that this matter is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide copies of this judgment to the parties.

**SIGNED** at Galveston, Texas on this 29th day of May, 2019.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE