UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| REACTOR SERVICES INTERNATIONAL, INC. | § § § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:18–CV–00210 |
| UNITED REFINING COMPANY | § § § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On May 6, 2019, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 34. Pending before Judge Edison was Defendant United Refining Company's Motion to Dismiss Pursuant to Federal Rules of Civil Procedures 12(b)(2) and 12(b)(6). Dkt. 18. On May 14, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 36) recommending that Defendant United Refining Company's Motion to Dismiss Pursuant to Federal Rules of Civil Procedures 12(b)(2) and 12(b)(6) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 36) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant United Refining Company's Motion to Dismiss Pursuant to Federal Rules of Civil Procedures 12(b)(2) and 12(b)(6) (Dkt. 18) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 29th day of May, 2019.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE